UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| REP. ANDRE E. CUSHING III, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Docket no. 1:10-cv-330-GZS |
| | ) |
| WALTER F. MCKEE, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER ON MOTION FOR
PRELIMINARY INJUNCTION

In its September 15, 2010 Order on Motion for Temporary Restraining Order (Docket # 31), the Court explicitly reserved ruling on the Motion for Preliminary Injunction (Docket # 4). The Court indicated a willingness to hold the previously scheduled oral argument on that motion if either side wished to have a hearing. As of September 17, 2010, both sides have contacted the Clerk's Office indicating that the October 5, 2010 oral argument can be cancelled and that the Court can rule on the Motion for Preliminary Injunction based on the current record.

As the Court indicated in its September 15, 2010 Order, absent any additional information or argument, the Court concludes that Plaintiffs are not entitled to preliminary injunctive relief based on its finding that there is no chance of success on the merits given existing binding precedent. Therefore, for reasons fully explicated in the September 15, 2010 Order, the Court hereby DENIES Plaintiffs' Motion for Preliminary Injunction (Docket # 4).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 17th day of September, 2010.