# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **Rep. Andre E. Cushing III, et al.,**<br><br>*Plaintiffs*,<br><br>*v.*<br><br>**Walter F. McKee, et al.**<br><br>*Defendants*. | Civil Action No. 1:10-cv-00330-GZS |

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 3(c)(1) and 4(a)(4)(A), notice is hereby timely given that Rep. Andre E. Cushing III, Respect Maine PAC, and Harold A. Clough, plaintiffs in the above named case, appeal to the United States Court of Appeals for the First Circuit from the following:

1.  the Order of the U.S. District Court for the District of Maine, filed September 17, 2010, denying Plaintiffs' Motion for Preliminary Injunction.

Dated: September 20, 2010                                                       Respectfully submitted,

/s/ Josiah Neeley
James Bopp Jr., Ind. #2838-84
Anita Y. Woudenberg, Ind. #25162-64

David Crocker                                                           Josiah Neeley, Tx. #24046514
Maine Heritage Policy Center                                BOPP, COLESON & BOSTROM
4 Milk St., Suite 201                                                1 South Sixth Street
Portland, ME 04101                                              Terre Haute, IN 47807-3510
Ph: 207-321-2550                                                  Ph: 812/232-2434
Fax: 207-773-4385                                                Fax: 812/234-3685
*Local Counsel for Plaintiffs*                                 *Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September 2010, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel involved in this matter:

Anita Y. Woudenberg: awoudenberg@bopplaw.com

David P. Crocker: dpc@davidcrocker.com

James Bopp , Jr: jboppjr@aol.com

Josiah Neeley:  jneeley@bopplaw.com

Phyllis Gardiner: phyllis.gardiner@maine.gov, amy.oliver@maine.gov

Thomas A. Knowlton: thomas.a.knowlton@maine.gov, kathy.eastman@maine.gov


　　　　　　　　　　　　　　　　　　　　　　　/s/Josiah Neeley
　　　　　　　　　　　　　　　　　　　　　　　Josiah Neeley